IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JEREMIAH PONDER,                              *

               Plaintiff,            *

v.                                              Case No. 5:25-cv-00185-TES-CHW

                             *

GEORGIA BLOODSAW,                             *

              Defendant.            *

_____         *


## J U D G M E N T

Pursuant to this Court's Order dated July 8, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 9th day of July, 2025.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk